Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

*FILED 2008 JUN 23 PM 3:39*

BY _____ KNH _____ DEPUTY

| | |
|---|---|
| Margarita Rodriguez and Maria White *Plaintiff* vs United States of America and Does 1 through 20, inclusive. *Defendant* | SUMMONS IN A CIVIL ACTION<br>Case No.<br>**'08 CV 1116 WQH LSP** |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JAMES F. SEXTON, ESQ. SB 149632
THE SEXTON LAW FIRM
3130 BONITA ROAD, SUITE 104
CHULA VISTA, CA 91910

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

JUN 23 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)