JAMES F. SEXTON, SBN. 149632
**THE SEXTON LAW FIRM**
3130 Bonita Road, Suite 104
Chula Vista, CA 91910
Tel: (619) 476-9436
Fax: (619) 476-9258

Attorney for Plaintiffs, MARGARITA RODRIGUEZ, and MARIA WHITE

FILED
2008 JUN 23 PM 3: 35
CLERK US
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNIX _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA RODRIGUEZ, and MARIA WHITE,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA and DOES 1 through 20, Inclusive,<br><br>  Defendants. | CASE NO: '08 CV 1116 WQH LSP<br><br>DEMAND FOR JURY TRIAL |

Plaintiff hereby demands a jury trial for all issues raised by this action.

Dated: 6/18/08                              THE SEXTON LAW FIRM



                                            By: _____
                                            James F. Sexton
                                            Attorney for Plaintiffs,
                                            Margarita Rodriguez and Maria White

- 1 -
COMPLAINT FOR DAMAGES (NEGLIGENCE AND FRAUD AND DECEIT)