Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Margarita Rodriguez and
Maria White  *Plaintiff*

vs

United States of America and
Does 1 through 20, inclusive.
*Defendant*

**SUMMONS IN A CIVIL ACTION**
Case No.

08 CV 1116 WQH LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JAMES F. SEXTON, ESQ. SB 149632
THE SEXTON LAW FIRM
3130 BONITA ROAD, SUITE 104
CHULA VISTA, CA 91910

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr
CLERK

By K. HAMMERLY, Deputy Clerk

JUN 23 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |
| Check one box below to indicate appropriate method of service | |
| ☐ Served personally upon the defendant. Place where served: | |
| ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: <br><br> Name of person with whom the summons and complaint were left: | |
| ☐ Return unexecuted: | |
| ☐ Other (specify): | |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____  _____
                     Date                              Signature of Server

                                                        _____
                                                        Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| The Sexton Law Firm<br>James F. Sexton, Esq., 149 2<br>3130 Bonita Road, #104<br>Chula Vista, CA 91910 | (619) 476-0421 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>Margarita Rodriguez & Maria White | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
940 FRONT ST. ROOM 1160
SAN DIEGO, CA 921018900

PLAINTIFF:
Margarita Rodriguez and Maria White

DEFENDANT:
United States of America

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08' CV 1116 WQH LSP |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Civil Case Cover Sheet; Summons in a Civil Action; Complaint for Damages (Negligence and Fraud and Deceit); Demand for Jury Trial**

ON: **United States of America**

AT: **101 West Broadway, Ste. 1500**
   **San Diego, CA 92101**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**Mary Wiggins - Authorized to Accept service**

ON: **07/01/2008**
AT: **09:07 am**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **40.00**
County: **San Diego**
Registration No.: **959**
E.S.Q. Services, Inc.
2121 Fifth Avenue, Suite 203
San Diego, CA 92101
(619) 296-0120

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **July 17, 2008.**

Signature: _____
Joseph Boyle

**PROOF OF SERVICE**

Order#: S102944/GProof39