1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  State of California Bar No. 230329
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Email: Megan.Callan@usdoj.gov
6
   Attorneys for Defendant
7  United States of America

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12 MARGARITA RODRIGUEZ AND MARIA )   Case No. 08cv1116-WQH (LSP)
   WHITE;                       )
                                )
13         Plaintiffs,          )
                                )          **JOINT MOTION TO CONTINUE DATE**
14      v.                      )          **FOR   FILING   OF   DEFENDANTS**
                                )          **RESPONSIVE PLEADING**
15 UNITED STATES, and DOES 1 through 20, )
16 inclusive,                   )
                                )
17         Defendants.          )
   _____ )

18

19         COME NOW THE PARTIES, Plaintiffs Margarita Rodriguez and Maria White, by and through

20 counsel, James Sexton, and Defendant United States of America, by and through their counsel, Karen

21 P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby

22 jointly move the Court to continue the date for the filing of Defendant's responsive pleading.

23         The parties have agreed to a brief continuance of the date for the filing of Defendant's responsive

24 pleading until September 8, 2008.  The parties have not before requested any extension of time.  The

25 parties have agreed that such brief extension will not prejudice any party.

26

27

28

1    Therefore, the parties jointly request that the Court enter an order extending the time for

2    Defendants to file their responsive pleading until **September 8, 2008.**

3         DATED: September 2, 2008              Respectfully submitted,

4                                              s/ James Sexton_____
                                               JAMES SEXTON
5                                              Attorney for Plaintiffs
                                               E-mail: sozo7@home.com
6

7         Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures

8    of the United States District Court for the Southern District of California, I certify that the content of

9    this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from

10   James Sexton to affix his electronic signature to this document.

11

12        DATED: September 2, 2008              Respectfully submitted,

13                                             KAREN P. HEWITT
                                               United States Attorney
14
                                               s/ Megan Callan_____
15                                             MEGAN CALLAN
                                               Assistant U.S. Attorney
16                                             Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

2

KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No. 230329
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
megan.callan@usdoj.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARITA RODRIGUEZ AND MARIA WHITE; | ) ) ) | Case No. 08cv1116-WQH (LSP) |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **PROOF OF SERVICE** |
| UNITED STATES, and DOES 1 through 20, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:
**JOINT MOTION TO CONTINUE DATE FOR FILING OF DEFENDANTS RESPONSIVE PLEADING**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them

James Sexton
3130 Bonita Road #104
Chula Vista, CA 91910
sozo7@home.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2008.

_s/Megan Callan_____

Megan Callan