# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA RODRIGUEZ, and MARIA WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 08cv1116 WQH (LSP)<br><br>ORDER |

HAYES, Judge:

Having considered the parties' joint motion to continue the date for the filing of Defendants' responsive pleading (Doc. # 6) and finding the joint motion meritorious, the Court grants the joint motion and orders that Defendant United States file its answer or responsive pleading on or before September 8, 2008.

DATED: September 3, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge