## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RODRIGUEZ   v. U.S.A.                                          No. 08CV1116-WQH(LSP)

HON. LEO S. PAPAS         CT. DEPUTY JENNIFER JARABEK      Rptr.

                                    Attorneys

        Plaintiffs                                                  Defendants


The Early Neutral Evaluation Conference on December 19, 2008, at 9 a.m. will be held telephonically with counsel only.  The Court will initiate the conference call.  Counsel shall provide the Court with contact information for conference call participants.


  X    Copies to:  Counsel of Record            _____ Notified by Telephone

DATED: October 21, 2008

                                                _____
                                                Hon. Leo S. Papas
                                                U.S. Magistrate Judge