UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA RODRIGUEZ AND MARIA WHITE;<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 08cv1116-WQH (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE FOR DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. no. 13] |

Having considered the parties' Joint Motion to Continue Hearing Date for Defendant United States' Motion for Summary Judgment (Doc. no. 13) and finding the joint motion meritorious, the Court GRANTS the joint motion and ORDERS that the hearing date for Defendant United States' Motion for Summary Judgment is continued until January 12, 2009.  The Court also ORDERS that the associated briefing schedule is also continued in accordance with Local Rule 7.1.

DATED: November 6, 2008

                                                      *William Q. Hayes*
                                                      **WILLIAM Q. HAYES**
                                                      United States District Judge